**Anthony HALL, Plaintiff–Appellant,**

v.

**PRISON HEALTH SERVICES, Medical Provider for Sussex II State Prison; Doctor Ulep, Institutional Physician, Defendants–Appellees.**

No. 06–7708.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 22, 2006.

Decided: Dec. 14, 2006.

Anthony Hall, Appellant pro se. Elizabeth Martin Muldowney, Rawls & McNelis, PC, Richmond, Virginia, for Appellees.

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Hall appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hall v. Prison Health Servs.*, No. 2:05–cv–00177–RGD (E.D.Va. Sept. 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*